UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ARON ROVNER and IRVING FRIEDMAN,
Individually and on Behalf of All Others Similarly
Situated,

                       Plaintiffs,

         v.

JUST ENERGY GROUP, INC., JUST ENERGY
NEW YORK CORP., NATIONAL GRID PLC,
NATIONAL GRID USA, BROOKLYN UNION
GAS COMPANY, KEYSPAN GAS EAST
CORPORATION, and NIAGARA MOHAWK
POWER CORP.,

                       Defendants.
------------------------------------------------------------ X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D NY
★ AUG 05 2019 ★
BROOKLYN OFFICE

JUDGMENT
18-CV-2159 (ENV) (CLP)

    A Memorandum and Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on July 31, 2019, granting defendants' motions; dismissing Plaintiffs' claims against Just Energy Group, National Grid plc, National Grid USA, Keyspan Gas East, and Niagara Mohawk Power without prejudice for want of jurisdiction; dismissing their claims against Just Energy New York and Brooklyn Union with prejudice for failure to state a claim; and denying leave to amend as futile; it is

    ORDERED and ADJUDGED that defendants' motions are granted; that Plaintiffs' claims against Just Energy Group, National Grid plc, National Grid USA, Keyspan Gas East, and Niagara Mohawk Power are dismissed without prejudice for want of jurisdiction; that their claims against Just Energy New York and Brooklyn Union are dismissed with prejudice for failure to state a claim; and that leave to amend is denied as futile.

Dated: Brooklyn, NY  
      August 5, 2019

Douglas C. Palmer  
Clerk of Court

By:   /s/*Jalitza Poveda*  
       Deputy Clerk